**Order entered September 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01700-CV

**ORCA ASSETS, G.P., L.L.C., Appellant**

**V.**

**JPMORGAN CHASE BANK, N.A., ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-05303**

## ORDER

We **GRANT** appellant's September 12, 2014 unopposed motion for an extension of time to file a reply brief.  Appellant shall file its reply brief on or before October 22, 2014.

/s/      CRAIG STODDART
            JUSTICE